**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:

BEST JANITORIAL & SUPPLIES, INC.            CASE NO.: 15-11068-BKC-AJC

                                            CHAPTER 7

        Debtor.
_____/


**NOTICE OF TAKING RULE 2004 EXAMINATION**
**AND REQUEST FOR PRODUCTION OF DOCUMENTS**

**TO:**

Pedro Manuel Diaz- President
7933 West Drive
Apartment 921
North Bay Village, Florida 33141


and

c/o Peter Spinel, Esq.
P.O. Box 166245
Miami, Florida 33116

   PLEASE TAKE NOTICE THAT, Maria Yip, Chapter 7 Trustee, by and through undersigned counsel, will examine the following person(s) under oath, at the following date, time and location:

   **DEPONENTS:**   **Pedro Manuel Diaz, President**

   **DATE:**        **June 10, 2015**

   **TIME:**        **9:30 a.m.**

   **LOCATION:**    **Alexander + Somodevilla, PLLC**
                    **1401 Brickell Avenue, Suite 420**
                    **Miami, FL 33131**

The examination will be taken under oath for the purpose of discovery or as evidence, or both, pursuant to Rule 2004, Fed. R. Civ. P., and Local Rule 2004-1, before an officer authorized to administer oaths and record testimony. Pursuant to Local Rule 2004-1(A) no order shall be necessary.

The examination may continue day to day until completed. If the examinee received this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

If the examinee requires an interpreter, it is the examinee's responsibility to engage the employment of such interpreter to be present at the examination.

The examinee is further directed to produce pursuant to Rules 2004(c), 7034, 9016, Fed. R. Civ. P., and Local Rule 20.04-1(B), all of the documents described on the attached Schedule "A" for inspection and copying at the following date, time and location:

**DATE:**       **June 1, 2015**

**TIME:**       **12:00 p.m.**

**LOCATION:**   **Alexander + Somodevilla, PLLC**
                **1401 Brickell Avenue, Suite 420**
                **Miami, FL 33131**

Dated: May 18, 2015

        **ALEXANDER + SOMODEVILLA, PLLC.**
*Counsel for Trustee Maria Yip*
1450 Brickell Avenue, Suite 420
Miami, FL 33131
T: (305) 894-6163
F: (305) 503.9447

/s *Ido J. Alexander*
  IDO J. ALEXANDER, ESQ.
  FLORIDA BAR NO. 51892
  ialexander@aslawpllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Rule 2004 Examination has been served this 18th day of May, 2015, by Notice of Electronic Filing to all parties and counsel registered with the CM/ECF system, and via U.S. Mail, as indicated on the attached Service List.

/s/ *Ido J. Alexander*
IDO J. ALEXANDER, ESQ.

## SERVICE LIST

Pedro Manuel Diaz- President
7933 West Drive
Apartment 921
North Bay Village, Florida 33141
Via U.S. Mail

**15-11068-AJC Notice will be electronically mailed to:**

Ido J Alexander, Esq on behalf of Trustee Maria Yip
ialexander@aslawpllc.com, info@aslawpllc.com;aslawpllc@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Peter D Spindel on behalf of Debtor Best Janitorial & Supplies Inc
peterspindel@gmail.com, peterspindelcmecf@gmail.com

Maria Yip
trustee@yipcpa.com, myip@ecf.epiqsystems.com

## SCHEDULE "A"

### I. DEFINITIONS

A. "Document" means all written or graphic matter of every kind of description however produced or reproduced, whether draft or final, original or reproduction and all tangible things within the scope of Rule 34(a) of the Federal Rules of Civil Procedure. Any draft of a document or non-identical copy of a document is a separate "document."

B. The "Debtor," "you" and "your" means, **Best Janitorial & Supplies Inc,** and its predecessors and/or successors-in-interest agents, employees, attorneys, predecessors, successors and assigns.

C. The terms "Deponent" "you" and "your" means **Best Janitorial & Supplies Inc,** and includes each person and/or entity acting upon its behalf, including, but not limited to designated corporate representatives, attorneys, accountants, investigators and other representatives.

D. "Entity" or "Entities" includes, but is not limited to, businesses whether incorporated or not, including partnerships, corporations, limited liability companies or sole proprietorships, as well as any separately identifiable trusts.

E. "Petition Date" means the commencement of the Debtor's bankruptcy case on January 20, 2015.

F. "Person" means an individual (living or deceased), firm, partnership, corporation, proprietorship, business, trust, limited partnership, holding company, or any other organization or entity and includes any of their respective officers, directors, employees, representatives, servants, partners or agents of any kind.

G. "And" as well as "or" shall be construed either disjunctively or conjunctively, as necessary to bring within the scope of this Request any documents which might otherwise be construed to be outside of its scope.

H. "Relate to" including its various forms such as "relating to," shall mean: consist of, refer to, reflect, or be in any way logically or factually connected with the matter discussed.

I. "Including" is used in the sense of specification and is not to be construed as a word of limitation.

J. "Relationship" means any kind of personal, financial, contractual, legal, or business connection between the persons and entities referred to in the Request.

## II. INSTRUCTIONS

A. This Request is to be deemed continuing to the full extent permitted under Bankruptcy Rule 2004.

B. Words in the singular number shall include the plural number and words used in the plural number shall refer to the singular number as well.

C. All categories of documents to be produced and definitions herein are to be construed broadly. If there is a question whether a category includes a particular document or group of documents, it shall be resolved in favor of production.

D. All documents shall be produced as they are kept in the usual course of business, including the file folders from which responsive documents are taken. In addition, Deponent is requested to number, organize, and label the responsive documents to correspond with the enumerated request in this demand and to identify the person from whose files each document is taken.

  E. Deponent is requested to produce all documents not subject to objection that are known by, possessed or controlled by, or available to Deponent or any of Deponent's attorneys, accountants, consultants, representatives, employees, officers, directors, partners or other agents. This duty is not to be limited or affected by the fact that the same document is available through another source.

  F. If any document is known to exist but cannot be produced, that document is to be specifically identified as precisely as possible and the reasons for the inability to produce that document stated.

  G. With respect to any document, which is withheld on a claim of privilege, Deponent shall provide a statement signed by its attorney setting forth as to each such document the following information:

   (a) The name(s) of the sender(s) of the document.

   (b) The name(s) of the author(s) of the document.

   (c) The name of each person to whom the document or copies thereof were sent or provided.

   (d) The name of each person to whom the contents of such document, or any portion thereof, was disclosed.

   (e) The job title of each individual identified in (a), (b), (c), and (d) above.

   (f) The date of the document.

   (g) A brief description of the nature and subject matter of the document.

   (h) The nature and legal basis of the privilege asserted with respect thereto.

## DOCUMENTS REQUESTED

**Please produce copies of the following documents:**

1.  **Bank and Stockbrokers' Accounts:** The following documents for any checking accounts, saving accounts, time deposits, money market accounts, and other investment accounts in your name or over which you had signature authority, for the **four (4) years preceding the Petition Date:**

    i.   All account statements, checkbooks, stubs and registers, cash journals

    ii.  Canceled checks

    iii. Any documents reflecting funds or assets coming into the account including deposit slips, trade tickets, and confirmations.

    iv.  Any documents reflecting funds or assets going out of the account including debit memos and inter-account transfer memos, wire transfer requests and advices, passbooks, trade tickets, and confirmations.

2.  **Books and Records:** All financial Documents, including, but not limited to:

    a) ledgers,
    b) journals,
    c) books of accounts,
    d) reports, reconciliations and itemizations of sales, revenues, expenses, disbursements, income, depreciation, and profits,
    e) any inventory purchase order,
    f) client and customer lists,
    g) payroll records,

    for the **four (4) years preceding the Petition Date**. Include internal memoranda and worksheets, and any documents sent to or received from outside bookkeepers and accountants, or sent and /or exchanged with customers and vendors.

3.  **Corporate Governance.** All corporate articles, by-laws, amendments, meeting minutes, resolutions, stock transfer record, stock certificates, voting trusts, shareholder agreements, and memoranda and correspondence relating to these, for the **four (4) years preceding the Petition Date**.

4.  **Thefts, Losses and Casualties:** Copies of any proofs of claim to insurance companies, and police reports, for any loss of or damage to property in the one year prior to the Petition Date.

5. **Tax Returns:**

(a)  Complete federal income tax returns, including all schedules, and state tax returns, including state intangible tax returns, for you and for any affiliated business in which you hold a greater than 5% ownership interest, for the **four (4) years preceding the Petition Date**.

(b)  Any commercial personal property tax returns or bills for the past four years.

6. **Property Interests:**

(a)  All deeds, leases, and other documents reflecting your ownership, leasehold, lien, easement or other interest in any real property, including buildings and land, condominiums, cooperatives, and timeshares, oil or gas wells, mineral rights and subsurface rights, **four (4) years preceding the Petition Date**.

(b)  All documents reflecting ownership in furniture, appliances, fixture or equipment, which you own or have owned the **four (4) years preceding the Petition Date**.

(c)  All documents reflecting ownership, cost or valuation of any inventory, raw materials, or work in process, during the **four (4) years preceding the Petition Date**.

(d)  All documents reflecting your ownership interest in notes, stocks, bonds, defense bonds, mutual funds, treasury bills, corporate income funds, and other money market instruments, for the **four (4) years preceding the Petition Date**.

(e)  All documents reflecting any patents, copyrights, inventions or other intellectual property, any interest in which you own or have owned, and all documents reflecting conveyances of them, during the **four (4) years preceding the Petition Date**.

(f)  All documents reflecting loans or outstanding accounts receivable which are now due and payable to you, or will become due to you in the future, including billing and collection reports listing all of your billings, collection, and write-offs—sorted by your account debtor—for the **four (4) years preceding the Petition Date**.

(g)  All documents reflecting your interest in any other chose in action or intangible asset, during the **four (4) years preceding the Petition Date**.

(h)  **Property You Hold for Others.**  All documents reflecting that any property which you hold or have held for another person or entity within the one year prior to the Petition Date that in fact belongs to the other person or entity and not to you.

(j)  **Property Others Hold for You.**  All documents reflecting any interest you have or had within the one year prior to the Petition Date in property held in the name of another person or entity, or held in the possession of the other person or entity.  Please include any safety deposit box inventories.

    (k)  **Other property of any kind:** All deeds, certificates and other documents reflecting your ownership interest in any other property, tangible or intangible, within the **four (4) years preceding the Petition Date**.

7.     **Purchases, Sales, Gifts and Other Transfers of Property:**

    (a)  All documents, including closing statements, reflecting the purchase, sale or conveyance of any interest in real property within the **four (4) years preceding the Petition Date**.

    (b)  All documents reflecting the purchase, sale or conveyance of any property, tangible or intangible, outside the ordinary course of business within the **four (4) years preceding the Petition Date,** including, without limitation, any of the following:

        i.    customer lists,
        ii.   inventory, and
        iii.  account receivables.

    (c)  All documents reflecting or related to the purchase, sale, transfer or conveyance of any property, including but not limited to, customer lists, inventory, accounts receivables, correspondence, accounting and sales records, inventory lists, appraisals, contracts, agreements, cancelled checks, receipts, wire transfers or deposit slips.

8.     **Insurance Policies:**  All property (casualty or hazard) insurance policies issued to you and covering property owned by you, or any hazard insurance policy for which you paid premiums, during the **four (4) years preceding the Petition Date**; and all insurance riders and schedules.

9.     **Legal matters:** All legal pleadings, court papers, and exhibits from any lawsuit involving a claim or counterclaim made by you against another person or entity, or pertaining to lawsuits presently pending or which have been concluded within the past four years, to which you or any business entity in which you hold or held an ownership interest were or are a party.

10.    **Acquisition of Property:**  Your entire file from the acquisition of any property (real or personal) outside the ordinary course of your business during the one year prior to the Petition Date.

11.    **Credit Cards.** All credit card statements for any and all accounts for the **four (4) year period preceding the Petition Date.**

12.     Electronic copies of the QuickBooks files (or similar accounting software) maintained by, for, or on your behalf for the **four (4) year period preceding the Petition Date.**

13.    **Transfers/Funding**

    (a) Any and all documents (including checks, credit card receipts or statements, negotiable instruments, money orders, or cashier checks), evidencing payments made by you, or on your behalf for any vehicles, mortgages, insurance, ad valorem or other taxes, or other liens on any real

and personal property for any of the corporation's owners, shareholders, principals, employees, officers, directors, agents, or any relative of any of the foregoing, for the **four (4) year period preceding the Petition Date.**

      (b) All documents relating to or concerning transfers to any insiders, including but not limited to any and all records regarding any loans made to you by any of the your principals, shareholders, officers, directors, employees, administrators, family members of any of the foregoing, in-laws and friends of any of the foregoing, and professionals of whatever kind and any payments made to you on account of such loans, and any and all records regarding any loans or other transfers made by you to any of the your principals, shareholders, officers, directors, employees, administrators, family members of any of the foregoing, in-laws and friends of any of the foregoing, and professionals of whatever kind, and any and all records concerning any payments on account of any loans made to or by you to or by anyone or any entity, for the **four (4) year period preceding the Petition Date.**

14.    **Agreements**. Copies of any and all agreements with Miami- Dade County Business Development for services.

15.    **Account Receivables/Invoices**

    (a) Copies of any and all invoices issued and sent to Miami-Dade County Business Development in connection with the Account Receivable listed on Schedule B, item 16.
    (b) Copies of any calculation used to determine the amount of Account Receivable listed on Schedule C, Item #16.
    (c) Copies of any deposit slip, bank statements, showing payment of any past-due amounts owed and paid by Miami-Dade County Business Development in the 12 month period preceding the company's ending its business operations.